# THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION
# IN HARRIS COUNTY TEXAS

CASE NO: 4:18cv3712



OCT 09 2018

David J. Bradley, Clerk of Court

### YOLANDA M. WILLIAMS

Plaintiff

v

**UNIVERSITY OF HOUSTON DOWNTOWN POLICE DEPARTMENT - et.al**

**UNIVERSITY OF HOUSTON DOWNTOWN - et.al**

**UNIVERSITY OF HOUSTON DOWNTOWN SPORT & FITNESS CENTER - et.al**

Defendants

<u>**ORIGINAL**</u>

# COMPLAINT

**Plaintiff, YOLANDA M WILLIAMS hereby sues above mention defendants and alleges as follows:**

## INTRODUCTION

1. Discrimination, cruel treatment, civil rights violation and defamation of character against the listed defendants above. In which, the plaintiff: an Alumni of University of Houston Downtown was given trespass citations and inform not to return to the university campus with no probable cause. Thus, rendering a greater hardship on the defendant and causing injury to the plaintiff.

## JURISDICTION AND VENUE

2. This court has jurisdiction over this matter because the plaintiff civil lawsuits excess the amount of 10,000 dollars. In which, excess the amount of the smalls claim court.

## PRAYER FOR RELIEF

WHEREFORE, the plaintiff respectfully requests this court to grant a monetary judgment for the reason stated in this motion and the evidence to be presented in court.

*Yolanda M. Williams*

Yolanda M.Williams

P.O. Box 524303

Houston, TX 77052

wlonda48@gmail.com

281-804-8292

No._____

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

YOLANDA M. WILLIAMS

Plaintiff

v

UNIVERSITY OF HOUSTON DOWNTOWN POLICE DEPARTMENT - et.al

UNIVERSITY OF HOUSTON DOWNTOWN SPORTS AND FITNESS CENTER - et.al.

I, Yolanda M.Williams, do swear or declare that on this date _October 10, 2018_ 2018, as required by law; I have served a motion for a civil lawsuit on each party to the above proceeding or that party's counsel, and on every other person required to be reserved, by email or first class postage prepaid.

UNIVERSITY OF HOUSTON DOWNTOWN POLICE DEPARTMENT et.al

UNIVERSITY OF HOUSTON DOWNTOWN SPORTS AND FITNESS CENTER et.al.

1 Main Street

Houston, Texas 77002

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _10_/_10_/_2018_

Yolanda M. Williams

_Yolanda M. Williams_ (signature)

Signature